**Electronically Filed
Supreme Court
SCPW-18-0000078
14-FEB-2018
01:42 PM**

SCPW-18-0000078

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————

DAVID DOUGLAS KROMER, on behalf of
NORMAN KALANI ASAM, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

———————————————————————

ORIGINAL PROCEEDING
(CASE NO. 1DCW-18-0000395)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner David Douglas Kromer's petition for writ of habeas corpus, filed on February 8, 2017, on behalf of Norman Kalani Asam, and the record, it appears that petitioner fails to demonstrate that he has standing, as a non-attorney and non-party in the underlying proceeding, to seek the requested extraordinary relief from this court related to the underlying proceeding. See Kahoʻohanohano v. State, 114 Hawaiʻi 302, 162 P.3d 696 (2007). Moreover, petitioner presents no special reason for this court to invoke its jurisdiction at this time. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976) (the supreme court "will not exercise its original

jurisdiction in habeas corpus proceedings when relief is available in a lower court and no special reason exists for invoking its jurisdiction"). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, February 14, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

